SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, STAN MARTIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STAN MARTIN,<br><br>Defendant. | CASE NUMBER: 1:11–CR-0367-LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: Monday, March 19, 2012<br>Time: 8:30 a.m.<br>Courtroom: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his attorney of record, that the time set for the Status Conference on Monday, March 19, 2012 at 8:30 a.m. be moved to Monday, April 2, 2012 at 8:30 a.m. The reason for this continuance is that Mr. MARTIN is considering a plea offer from the government and my ability to have this matter concluded by the previously set Status Conference was because I was called out of town for an extended period of time on personal matters.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,


DATED: March 15, 2012    /s/ Salvatore Sciandra
                          SALVATORE SCIANDRA
                          Attorney for Defendant,
                          STAN MARTIN

/ / /
/ / /

/ / /

/ / /

/ / /

/ / /

DATED: March 15, 2012    /s/ Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney

This was agreed upon by email on 3/15/12

**ORDER**

Good cause to continue is stated.

Time is excluded due to the factual statement included in the stipulation, and the Court hereby makes the legal and factual finding on that basis.

On April 2, 2012, the case will either plead or be set for trial.

IT IS SO ORDERED.

**Dated:   March 15, 2012**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE